UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7343-FMO (PLAx) | Date | **December 19, 2022** |
|---|---|---|---|
| Title | **Hera Print, Inc. v. Like Dreams, Inc. et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None Present                                                    None Present

**Proceedings:**     **(In Chambers) Further Order to Show Cause Re: Dismissal Re: Lack of Prosecution**

By order dated November 30, 2022, plaintiff was ordered to show cause why this action should not be dismissed as to several defendants, including Poshmark, Inc. ("Poshmark") for lack of prosecution. (See Dkt. 35, Court's Order of November 30, 2022). With respect to Poshmark, the order stated that the Order to Show Cause would "stand submitted upon the filing" of an answer or application for entry of default judgment. (See id.). Plaintiff was admonished that "[f]ailure to file a timely response to th[e] Order to Show Cause shall result in the action [or Poshmark] being dismissed for lack of prosecution and for failure to comply with the orders of the court." (Id.) (citing Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)).

Despite the fact that Poshmark has not filed an answer to the Complaint, plaintiff has failed to file an application for entry of default. (See, generally, Dkt.). The court will provide plaintiff one final opportunity to respond to the Order to Show Cause as to Poshmark. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file an application for entry of default judgment as to Poshmark no later than **December 28, 2022**.
2. Plaintiff is cautioned that failure to file an application for entry of default judgment by the deadline set forth above will result in the dismissal of Poshmark without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link, 370 U.S. at 629-30, 82 S.Ct. at 1388.

3. The Order to Show Cause as to Poshmark is hereby continued pending compliance with paragraph one above.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 22-7343-FMO (PLAx)** | Date | **December 19, 2022** |
|---|---|---|---|
| Title | **Hera Print, Inc. v. Like Dreams, Inc. et al.** | | |